# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-03670-SVW-KS | Date | May 28, 2019 |

| | |
|---|---|
| Title | *Jennifer Fitzgerald et al. v. Johnson and Johnson et al.* |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER *SUA SPONTE* REMANDING CASE

Pursuant to Judge Carney's May 21, 2019 order in *In re: Removed State Court Talc Actions Against Johnson & Johnson, et al.*, No. 19-3150 (Dkt. 15), the Court *sua sponte* REMANDS this action to state court.

IT IS SO ORDERED.

Initials of Preparer

PMC